IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mitchell, Derek L | Case Number: 08 B 00177 |
|---|---|---|
|  | Kates-Mitchell, Gina P | Judge: Wedoff, Eugene R |
|  | Printed: 02/24/09 | Filed: 1/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 11, 2008
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,437.50 |  |
| Secured: |  | 1,116.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,499.50 |
| Trustee Fee: |  | 310.91 |
| Other Funds: |  | 510.71 |
| Totals: | 5,437.50 | 5,437.50 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,499.50 | 3,499.50 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 2,954.00 | 80.00 |
| 6. | United Auto Credit | Secured | 3,874.88 | 760.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 1,000.00 | 39.13 |
| 8. | Ocwen Federal Bank FSB | Secured | 6,063.67 | 237.25 |
| 9. | Internal Revenue Service | Priority | 1,450.91 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 130.83 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 623.74 | 0.00 |
| 13. | Cook County Treasurer | Unsecured | 148.04 | 0.00 |
| 14. | HSBC Taxpayer Financial Services | Unsecured | 412.50 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 102.09 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 396.13 | 0.00 |
| 17. | RJM Acquisitions LLC | Unsecured | 10.33 | 0.00 |
| 18. | Nicor Gas | Unsecured | 227.99 | 0.00 |
| 19. | Area Circulation | Unsecured |  | No Claim Filed |
| 20. | Avon Products | Unsecured |  | No Claim Filed |
| 21. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 22. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 23. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 24. | Mason Payment Plan | Unsecured |  | No Claim Filed |
| 25. | Citibank | Unsecured |  | No Claim Filed |
| 26. | M3 Financial Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mitchell, Derek L | Case Number: 08 B 00177 |
|---|---|---|
| | Kates-Mitchell, Gina P | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/5/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Allied Interstate | Unsecured | | No Claim Filed |
| 29. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 20,894.61 | $ 4,615.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.73 |
| 6.5% | 194.18 |
| 6.6% | 66.00 |
| | $ 310.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: